Case 2:25-cv-00331-SAB    ECF No. 11    filed 12/10/25    PageID.50    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELENE VIOLET BRAY-HERNANDEZ (*formerly known as* Bryan Paul Hernandez),<br><br>Plaintiff,<br><br>v.<br><br>G. ERIC CARPENTER, EASTERN STATE HOSPTIAL and DANIEL G. SIM,<br><br>Defendants. | No. 2:25-CV-00331-SAB<br><br>**ORDER GRANTING MOTION TO ALTER OR AMEND CASE CAPTION AND DENYING MOTION FOR RECONSIDERATION** |

Before the Court are *pro se* Plaintiff's Motion for Reconsideration and Motion to Alter or Amend Case Caption. ECF Nos. 6 and 10. Plaintiff, a civil detainee at the Eastern State Hospital, brings this civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff has a pending application to proceed *in forma pauperis.* ECF No. 7. The Motions were considered without oral argument.

Plaintiff asks the Court to change the name under which this case is captioned and provides an Order for Sealed Adult Name Change dated May 29, 2025. ECF No. 10 at 3–4. The Spokane County Superior Court determined Plaintiff was competent to make the decision to change the name from Bryan Paul

ORDER GRANTING MOTION TO ALTER OR AMEND CASE CAPTION AND DENYING MOTION FOR RECONSIDERATION # 1

Hernandez to Selene Violet Bray-Hernandez and granted the petition. *Id.* Having provided proof of a legal name change, the Court will direct the Clerk of Court to change the name of Plaintiff in this action and any **future** actions filed by Plaintiff from Bryan Paul Hernandez (*also known as* Selene Violet Bray-Hernandez) to Selene Violet Bray-Hernandez (*formerly known as* Bryan Paul Hernandez) so as to preserve continuity of name for record keeping purposes and to avoid fraud.

Plaintiff asks the Court to reconsider the Order issued on October 9, 2025, ECF No. 4, which denied Plaintiff leave to proceed *in forma pauperis* and directed Plaintiff to submit a new Application to Proceed In District Court Without Prepaying Fees Or Costs (Short Form), providing complete information as to all prior litigation. Plaintiff contends there is no requirement to "list (let alone keep track of) a whole lifetime's worth of litigation[.]" ECF No. 6 at 1.

Contrary to Plaintiff's contention, the information requested on the Application is relevant for purposes of ascertaining whether there are related cases or whether a plaintiff has abused *in forma pauperis* status by filing multiple frivolous lawsuits. One who comes before the Court has a duty of candor to the Court which includes providing accurate information. Contrary to Plaintiff's assertion, the Prison Litigation Reform Act has not been applied to this case.

Therefore, Plaintiff's Motion for Reconsideration, ECF No. 6, is **DENIED.** If Plaintiff wishes to pursue this action further, Plaintiff must either file a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) or pay the $405.00 filing fee on or before December 10, 2025.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion to Alter or Amend Case Caption, ECF No. 10, is **GRANTED.**

2. The Clerk of Court shall change the name of Plaintiff in this action and all subsequently filed actions filed by Plaintiff from Bryan Paul Hernandez

(*also known as* Selene Violet Bray-Hernandez) to Selene Violet Bray-Hernandez (*formerly known as* Bryan Paul Hernandez).

3. This Order shall NOT apply retroactively to any other previously filed action.

4. Plaintiff's Motion for Reconsideration, ECF No. 6, is **DENIED.**

5. Failure to supply the completed Application to Proceed In District Court Without Prepaying Fees Or Costs (Short Form) on or before December 10, 2025, will be construed as Plaintiff's consent to the dismissal of this action.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff, along with another Application to Proceed In District Court Without Prepaying Fees Or Costs (Short Form).

**DATED** this 10th day of December 2025.



_____
Stan Bastian
Chief United States District Judge

ORDER GRANTING MOTION TO ALTER OR AMEND CASE CAPTION AND DENYING MOTION FOR RECONSIDERATION # 3