FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELENE VIOLET BRAY-HERNANDEZ (*formerly known as* Bryan Paul Hernandez),<br><br>Plaintiff,<br><br>v.<br><br>G. ERIC CARPENTER, EASTERN STATE HOSPTIAL and DANIEL G. SIM,<br><br>Defendants. | No. 2:25-CV-00331-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING ACTION** |

By Order filed October 9, 2025, the Court denied Plaintiff leave to proceed *in forma pauperis* but granted Plaintiff the opportunity to provide accurate and complete information in a new *in forma pauperis* application. ECF No. 4. The Application received on October 30, 2025, does not supply accurate information regarding Plaintiff's past litigation. ECF No. 7.

Plaintiff has expressed a determination not to supply this information, claiming there is no legal obligation to do so. *See* ECF Nos. 5, 7 and 9. Plaintiff has also filed a notice of interlocutory appeal, ECF No. 12, challenging the Order issued on November 5, 2025, which extended the deadline to file a new *in forma*

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION # 1

*pauperis* application. ECF No. 8. Plaintiff has filed no additional application.

The Court cautioned Plaintiff that failure to supply the completed Application to Proceed In District Court Without Prepaying Fees of Costs (Short Form) on or before December 10, 2025, would be construed as Plaintiff's consent to the dismissal of this action.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Application to Proceed In District Court Without Prepaying Fees Or Costs (Short Form), **ECF No. 7**, is **DENIED.**

2. This action is **DISMISSED without prejudice.**

3. The Clerk of Court shall **CLOSE** the file.

4. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and provide copies to Plaintiff.

**DATED** this 22nd day of December 2025.

Stan Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION # 2