AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**Dec 22, 2025**

*SEAN F. McAVOY, CLERK*

SELENE VIOLET BRAY-HERNANDEZ (formerly known as Bryan Paul Hernandez),

*Plaintiff*

v.

G. ERIC CARPENTER, EASTERN STATE HOSPTIAL and DANIEL G. SIM,

*Defendant*

Civil Action No. 2:25-cv-00331-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Application to Proceed In District Court Without Prepaying Fees Or Costs (Short Form), ECF No. 7, is DENIED.
This action is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A Bastian

Date: 12/22/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*